**Order entered December 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00867-CV

### IN THE INTEREST OF J.A., C.D.A., AND T.A., CHILDREN

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-09-785**

## ORDER

Before the Court is appellant's December 5, 2019 subpoena duces tecum "demand[ing]" from appellee that she appear in this Court to give testimony and produce certain documents.

To the extent appellant seeks any relief from the Court, we **DENY** the request. In denying the request, we note appellate courts are restricted to the record as produced at the trial level. *See Carlton v. Trinity Universal Ins. Co.*, 32 S.W.3d 454, 458 (Tex. App.—Houston [14th Dist.] 2000, pet. denied).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE